IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                  NO. 4:06CR00205

TAREKE LEWIS and
ANTHONY LAMONT RANDLE

## JUDGMENT OF ACQUITTAL

Pursuant to the Order entered October, 23, 2008, Defendants, Tareke Lewis and Anthony Lamont Randle are hereby acquitted of the charges set forth in Count Two of the Indictment.

IT IS SO ORDERED this 24th day of October, 2008.

_____
James M. Moody
United States District Judge